# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 19, 2026

_____

RESPONSE REQUESTED

_____

No.  26-1042,      <u>Ashley Boshea v. Compass Marketing, Inc.</u>
                   1:21-cv-00309-ELH

TO:    Compass Marketing, Inc.
       Ashley  Boshea

RESPONSE DUE: 03/02/2026

Response is required to the motion to intervene on or before 03/02/2026.

R. Phillips, Deputy Clerk
804-916-2702