IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**COMPASS MARKETING, INC,**

**Appellant,**

    v.

**ASHLEY BOSHEA**
**as Administrator of the**
**Estate of DAVID JOHN BOSHEA,**

**Appellee.**

---

No. 26-1042

---

### APPELLEE'S MOTION TO DISMISS APPEAL FOR
### FAILURE TO PAY THE REQUIRED FILING FEE

Appellee, Ashley Boshea, as Administrator of the Estate of David John Boshea, respectfully moves this Court to dismiss the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 3(a)(2) and Fourth Circuit Local Rules, on the ground that the Appellant, Compass Marketing, Inc., failed to pay the mandatory appellate filing fee by the Court-ordered deadline of February 11, 2026.

In support of this motion, Appellee states as follows:

1. On January 8, 2026, Appellant filed a Notice of Appeal seeking review of the judgment entered by the United States District Court for the District of Maryland.

2. On January 12, 2026, the Clerk of Court issued a notice directing Appellant to pay the required appellate filing fee or application to proceed as indigent no later than February 11, 2026.

3. After inquiring to the Clerk of Court and the Clerk of the United States District Court for the District of Maryland, Appellee's counsel confirmed that the Appelleant has not paid the filing

fee, has not sought an extension, and has not filed an application to proceed in forma pauperis as of the date of this motion.

4. Federal Rule of Appellate Procedure 3(a)(2) authorizes dismissal of an appeal when an appellant fails to take required procedural steps other than timely filing the notice of appeal:

5. Failure to pay the filing fee is an established basis for dismissal under this rule and pursuant to the Court's inherent authority to enforce compliance with mandatory procedural requirements.

6. The Appellant has taken no action to satisfy the filing-fee requirement, despite explicit notice and a fixed deadline of February 11, 2026. Appellant's inaction prevents the appeal from properly proceeding and imposes administrative burdens on the Court and the Appellee.

7. In accordance with the Court's rules, the Appellee's counsel delivered a copy of this motion to the Appellant's counsel on February 12, 2026. Notwithstanding notices from the Clerk of the Court and communication by the Appellee's counsel, the Appellant has taken no action.

8. Dismissal is therefore appropriate.

For the foregoing reasons, Appellee respectfully requests that the Court enter an Order dismissing the appeal filed by Compass Marketing, Inc. for failure to pay the required filing fee.

Appellee, Ashley Boshea, as Administrator of the Estate of David John Boshea, respectfully requests that the Court dismiss this appeal due to Appellant's failure to timely pay the mandatory filing fee by February 11, 2026, as required by the Clerk's notice and the Federal Rules of Appellate Procedure, and grant other just relief.

Respectfully submitted,

/s/Gregory J. Jordan
   Gregory J. Jordan
   Jordan & Zito LLC
   350 N. LaSalle Drive, Suite 700
   Chicago IL 60654
   (312) 854-7181
   gjordan@jz-llc.com

Thomas J. Gagliardo

Of Counsel
Gilbert Employment Law, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, Maryland 20910
301 608 0880 FAX 301 608 0881
tgagliardo@gelawyer.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of above Appellee's Motion to Dismiss Appeal for Failure to Pay the Required Filing Fee was served via this Court's ECF system and by electronic mail on February 24, 2026:

>Stephen B. Stern
>Kagan Stern Marinello & Beard, LLC
>238 West Street
>Annapolis, Maryland 21401
>Attorney for Appellant Compass Marketing Inc.
>stern@kaganstern.com,

>/s/ Gregory J. Jordan