# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 24, 2026

_____

RESPONSE REQUESTED
_____

No.  26-1042,        Ashley Boshea v. Compass Marketing, Inc.
                     1:21-cv-00309-ELH

TO:     Compass Marketing, Inc.

RESPONSE DUE: 03/02/2026

Response is required to the motion to dismiss on or before 03/02/2026.

R. Phillips, Deputy Clerk
804-916-2702