# KAGAN STERN MARINELLO & BEARD, LLC

238 WEST STREET
ANNAPOLIS MARYLAND 21401
Telephone (410) 216-7900
Facsimile (410) 705-0836

STEPHEN B. STERN
(410) 793-1610

STERN@KAGANSTERN.COM
WWW.KAGANSTERN.COM

March 2, 2026

**VIA ECF**

Nwamaka Anowi, Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Suite 501
Richmond, Virginia 23219

> Re: *Ashley Boshea v. Compass Marketing, Inc.*, Case No. 26-1042

Dear Clerk Anowi:

As noted in my Notice of Appearance in a related matter, Case Nos. 26-1051 and 1054, I am not entering my appearance on behalf of Appellant Compass Marketing, Inc. ("Compass Marketing"), in the above-referenced case. Please direct all future communications regarding the above-referenced case directly to Compass Marketing until an attorney enters his or her appearance on Compass Marketing's behalf. All communications to Compass Marketing regarding the above-referenced case should be directed to the following:

> Compass Marketing Inc.
> 105 Eastern Avenue, Suite 102
> Annapolis, MD 21403
> Attn: John White
> Phone: 443-875-0555
> Email: jwhite@compassmarketinginc.net

Thank you for your attention to this matter. I shall remain counsel in the related Case Nos. 26-1051 and 26-1054. If you have any questions, please let me know.

Very truly yours,

KAGAN STERN MARINELLO & BEARD, LLC

Stephen B. Stern

cc: Counsel and Pro Se Litigants of Record