# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 2, 2026

_____

## STATUS OF COUNSEL NOTICE

_____

No.   26-1042,     <u>Ashley Boshea v. Compass Marketing, Inc.</u>
                   1:21-cv-00309-ELH

TO:
        Compass Marketing Inc.
        Attn: John White
        105 Eastern Avenue
        Suite 102
        Annapolis, MD 21403

**STATUS OF COUNSEL & APPEARANCE FORMS DUE: March 12, 2026**

In light of the representation statement filed by counsel that signed the notice of appeal on behalf of the corporation in this case, a status of counsel is appropriate.

A corporation may appear in this court only through a licensed attorney who is a member of the bar of this court. Please complete and return the enclosed **status of counsel form** providing us with the name, address, and phone number of counsel who will represent the corporation on appeal in this matter. Your attorney must complete and file an **appearance of counsel form** with the court and file an amended notice of appeal in the district court on behalf of the corporation.

The status of counsel form must be filed in the clerk's office by the due date shown or the corporation will not be considered a party to the appeal. If the corporation is the only appellant, the appeal will be subject to dismissal under **Local Rule 45** for failure to prosecute.

R. Phillips, Deputy Clerk
804-916-2702

       Thomas J Gagliardo

Copies:  Gary M. Gilbert
Gregory James Jordan
Stephen B. Stern
Daniel Joseph White

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

_____

STATUS OF COUNSEL FORM

_____

No.　26-1042,　　　<u>Ashley Boshea v. Compass Marketing, Inc.</u>
　　　　　　　　　　1:21-cv-00309-ELH

I make the following election with respect to counsel for appeal (please check one):

1. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

_____

_____

_____

2. [ ] I do not intend to pursue this appeal on behalf of the corporation.

Date: _____

Signature: _____