FILED: April 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 26-1042
(1:21-cv-00309-ELH)

———————

ASHLEY BOSHEA, Administrator of the Estate of David John Boshea, Deceased,

        Plaintiff - Appellee,

   v.

COMPASS MARKETING, INC.,

        Defendant - Appellant.

———————

O R D E R

———————

Compass Marketing, Inc., filed an appeal of the district court's judgment imposing the jury's award in favor of Ashley Boshea following trial.  On appeal, Compass Marketing has failed to pay the filing fee, failed to establish representation of counsel, failed to file an opening brief, and has failed to respond to Boshea's motion to dismiss.  Accordingly, we grant Boshea's motion and dismiss the appeal

for failure to prosecute.  In addition, non-party Daniel White has moved to intervene and to place the appeal in abeyance.  We deny these motions.

Entered at the direction of the panel: Judge Niemeyer, Judge Thacker, and Judge Harris.

For the Court

/s/ Nwamaka Anowi, Clerk