FILED: April 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1042
(1:21-cv-00309-ELH)

_____

ASHLEY BOSHEA, Administrator of the Estate of David John Boshea, Deceased

Plaintiff - Appellee

v.

COMPASS MARKETING, INC.

Defendant - Appellant

_____

J U D G M E N T

_____

In accordance with the decision of this court, this appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK