FILED: May 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1042
(1:21-cv-00309-ELH)
_____

ASHLEY BOSHEA, Administrator of the Estate of David John Boshea, Deceased

Plaintiff - Appellee

v.

COMPASS MARKETING, INC.

Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered April 23, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*